# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE CARRASQUILLO, | No. 4:16-CV-01651 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SELINSGROVE AREA SCHOOL DISTRICT, | |
| Defendant. | |

## ORDER

### OCTOBER 24, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 30, is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendant and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge